**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANDERSON DESIGN GROUP, INC.,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:25-cv-12685

Judge Steven C. Seeger

Magistrate Judge Heather K. McShain

**PLAINTIFF'S MOTION FOR ENTRY OF A TURNOVER ORDER**
**DIRECTED TO TEMU, LLC**

Pursuant to Fed. R. Civ. P. 69 and 735 ILCS 5/2-1402, Plaintiff, ANDERSON DESIGN

GROUP, INC. ("Plaintiff"), by its counsel, moves this Honorable Court for an order for turnover

or funds belonging to the below named Defendants currently held by Temu, LLC ("Temu"). In

support of this motion, Plaintiff states the following.

On April 24, 2026, this Court entered judgment in favor of Plaintiff and against Defendants

in the amount of one thousand dollars ($1,000) for willful use of the infringing Anderson Design

Group Works. [32]. On May 11, 2026, the Clerk of the Court issued a Citation to Discover Assets

("Citation") directed to Temu and regarding the below Defendants (the "Judgment Debtors").

| No. | Defendant-Seller Name | Account ID |
|-----|----------------------|------------|
| 1 | Fly Artistic | 634418223247054 |
| 2 | PiFly Shop | 634418223321700 |
| 3 | Iron Sheets | 634418223246046 |
| 4 | ABAOBB | 634418223494075 |
| 5 | TTBMW | 634418223488885 |
| 6 | Metal picture | 634418222887220 |
| 7 | Global world Home | 634418222583180 |
| 8 | Good Okk | 63441822134045 |

| 9 | CHICHAVENA | 634418220227444 |
|---|---|---|
| 10 | LDFHEC | 634418222999935 |
| 11 | TangxinA | 634418221087150 |
| 12 | FenghuoUA | 634418223787907 |
| 13 | aluminum sign GB | 634418212509556 |
| 14 | zihengChen | 634418220560871 |
| 15 | Xiioy | 634418223322883 |
| 16 | ZZRGFJJ | 634418221643679 |
| 17 | DDXXCLO | 634418223459577 |
| 18 | HZKDUU | 634418222237769 |
| 19 | DANQIANXIBAIHUO | 634418224034306 |
| 20 | HLKHYD | 634418223333318 |
| 21 | FRPXWSTM | 634418221824937 |
| 22 | CBASDGII | 634418221245405 |
| 23 | KJXABCTT | 634418222568689 |
| 24 | KJXMLBSS | 634418223381454 |
| 25 | KJXABCAA | 634418222318120 |
| 26 | FWJYUVCR | 634418221806378 |
| 27 | FLOGCYVE | 634418221939359 |
| 28 | LZMGXALWC | 634418223614283 |
| 29 | ZLPCKII | 634418221840047 |
| 30 | Grapes frameless painting | 634418220500107 |
| 31 | Frameless painting | 634418219852706 |
| 32 | Orange frameless painting | 634418220405933 |
| 33 | LZMGXBZLA | 634418224183702 |
| 34 | SmartVend Pro | 634418223046243 |
| 35 | Trend Radar | 634418222573914 |
| 36 | Eco Vogue Hut c | 634418223055415 |
| 37 | Trend Voyage b | 634418223052181 |
| 38 | JinTPH EightPY | 634418220098257 |
| 39 | Z Z Q POSTER | 634418222574478 |
| 40 | FAFA posters | 634418221637265 |
| 41 | Trend Poster | 634418222865602 |
| 42 | Star Art Poster | 634418220290539 |
| 43 | Turnerson poster | 634418222941803 |
| 44 | Leyu Poster | 634418221213709 |
| 45 | Mo Fu Sheng Poster | 634418222883039 |
| 46 | Personality poster | 634418222773170 |
| 47 | Versatile customization | 634418221783677 |
| 48 | BrightCrownspo | 634418221484678 |

| 49 | VYP Shop | 634418222178928 |
|---|---|---|
| 50 | HQNG | 634418222776700 |
| 51 | MikkySign | 634418223694457 |
| 52 | BDKFOA | 634418223000093 |
| 53 | SewUnique | 634418219503274 |
| 54 | VogueSphere | 634418218460122 |
| 55 | yoyo art shop | 634418221816736 |
| 56 | AegisCrew | 634418223010745 |
| 57 | JIEYUEYITWO | 634418223280031 |
| 59 | ShopLinker | 634418222339989 |
| 60 | SQFKJ | 634418222959638 |
| 61 | YM Art BTA | 634418223447332 |
| 62 | guocz | 634418220900657 |
| 63 | XGDDPW | 634418223233977 |
| 64 | CHENXIAART | 634418221383866 |
| 65 | HLKZYD | 634418222700256 |
| 66 | Sloth poster art | 634418220964428 |
| 67 | Yanxi poster art | 634418222015982 |
| 68 | XHRMAXS | 634418221629824 |
| 69 | DQQDsss | 634418220311111 |
| 70 | see me shop | 634418222371940 |
| 71 | TinHaven Rooms | 634418222159988 |
| 72 | Soulful Frames | 634418220061310 |
| 73 | xxxart PrintsII | 634418222609012 |
| 74 | xxxart PrintsSS | 634418222609241 |
| 75 | zxcvbnmsign | 634418222454579 |
| 76 | CHchao signs | 634418223806042 |
| 77 | VerseVilla local | 634418223119380 |
| 78 | xxxart PrintsHH | 634418222609339 |
| 79 | fqweaxz | 634418223669246 |
| 80 | All ceramic vases | 634418215450933 |
| 81 | MBDPSS | 634418222637729 |
| 82 | Hanging S | 634418223246742 |
| 83 | PetterHome | 634418223694368 |
| 84 | Groovy Sign | 634418222197689 |
| 85 | TrendTrove Z | 634418223360639 |
| 86 | ChicCraze Z | 634418223423654 |
| 87 | Tins shop | 634418223246408 |
| 88 | HelloYoung Me | 634418220264870 |
| 90 | Lovin Tees | 634418219017823 |

| 91 | CyrilTan | 634418221357181 |
| 92 | WanWanWan | 634418218758588 |
| 93 | Woven Spaces | 634418223858942 |
| 94 | BrollyE | 634418222758209 |
| 95 | GANMIAF | 634418219426023 |
| 96 | GANMIAH | 634418219426096 |
| 97 | GANMIAa | 634418219425855 |
| 98 | BrollyD | 634418222716430 |
| 99 | SEDES thr | 634418224007034 |
| 100 | DEERWS | 634418222859823 |
| 101 | SteelArtPalette | 634418217955848 |
| 102 | SLO DADASKY | 634418222233744 |
| 103 | Ancient Warship Fish | 634418221703153 |
| 104 | MP APT | 634418222611554 |
| 105 | ICJGFF | 634418222948828 |
| 106 | LianDinauE | 634418222544955 |
| 107 | TeddyDog | 634418223552023 |
| 108 | Haicheng Trading | 634418223572683 |
| 109 | LianDinauB | 634418222545613 |
| 110 | LianDinauD | 634418222544990 |
| 112 | Tell a Tale Art | 634418220184129 |
| 113 | sdfsdfsdfsd | 634418223230188 |
| 114 | LuxeNestMart | 634418223149130 |
| 115 | XEDDPW | 634418222980529 |
| 116 | zhuxpB | 634418222543880 |
| 117 | CX ART | 634418223045933 |
| 118 | MetalWallCraft | 634418222159919 |
| 119 | Vintage decorative painting | 634418220240093 |
| 120 | HJUYSED | 634418218670602 |
| 121 | Kitty Max | 634418220340790 |
| 122 | CanvasNook | 634418222085498 |
| 123 | Sky NestA | 634418222377942 |
| 124 | ABL Sign | 634418223693773 |
| 125 | Heiheihei shop | 634418222370345 |
| 126 | SpeedySave | 634418222573132 |
| 127 | Taotaobar | 634418219549323 |
| 128 | TailorLoop | 634418219547668 |
| 129 | Superior Wall Art | 634418217197924 |
| 130 | CanvasEva | 634418222135432 |
| 131 | QING ZE HUI | 634418221309997 |

| 132 | rdggs dbg | 634418223206877 |
|---|---|---|
| 133 | ArtHive | 634418220785004 |
| 134 | Driver Gallery | 634418220605373 |
| 135 | LINLONGXING | 634418220291988 |
| 136 | Big handsome | 634418223500818 |
| 137 | Jiangxi Peng Yuyan | 634418223500916 |
| 138 | Trend Life | 634418218241375 |
| 139 | XZXartD AA | 634418223314386 |
| 140 | LKK POSTER | 634418221041791 |
| 141 | zhejiangSDS | 634418222800167 |
| 142 | Whimsy DIY Home | 634418223559656 |
| 143 | Ning ge art poster | 634418220908995 |

Plaintiff served Temu with the Final Judgment Order and Citation on May 12, 2026. On June 18, 2026, Temu served Plaintiff with its Answer identifying that it withheld funds belonging to the Judgment Debtor pursuant to the Citation.

Plaintiff hereby requests that this Court enter an order directing Temu to turnover the funds belonging to the Judgment Debtor being held in accordance with the Citation pursuant to Fed. R. Civ. P. 69 and 735 ILCS 5/2-1402.

DATED: June 18, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***