**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANDERSON DESIGN GROUP, INC.,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-12685

Hon. Steven C. Seeger

# TURNOVER ORDER

This matter coming to be heard upon Plaintiff's Motion for Turnover of Funds held pursuant to a Citation to Discover Assets, it is hereby ordered that:

1. Temu, LLC has satisfied the Notice of Third Party Citation to Discover Assets;

2. Temu, LLC is directed to pay the judgment creditor, ANDERSON DESIGN GROUP, INC, the amount held by Temu, LLC up to $1,000 as awarded for the Defaulting Defendants in accordance with the Court's Final Judgment Order [32], pursuant to a Citation to Discover Assets; (details of the accounts listed in Schedule A hereto;) and,

3. Deliver said Proceeds by wire to Plaintiff's Counsel at

Bank: 5/3 Bank
7727 West Lake Street
River Forest, IL 60305
Acct Name: KEITH A. VOGT, ESQ.
ABA Routing: 071923909
International Wire Transfer routing number: 042000314
Swift Code: FTBCUS3C
Deposit to Account: 9999172060

Date: October 14, 2026

Steven C. Seeger
United States District Judge

**Schedule A**

| No. Defendant | Seller Name | Account ID |
|---|---|---|
| 1 | Fly Artistic | 634418223247054 |
| 2 | PiFly Shop | 634418223321700 |
| 3 | Iron Sheets | 634418223246046 |
| 4 | ABAOBB | 634418223494075 |
| 5 | TTBMW | 634418223488885 |
| 6 | Metal picture | 634418222887220 |
| 7 | Global world Home | 634418222583180 |
| 8 | Good Okk | 634418221340457 |
| 9 | CHICHAVENA | 634418220227444 |
| 10 | LDFHEC | 634418222999935 |
| 11 | TangxinA | 634418221087150 |
| 12 | FenghuoUA | 634418223787907 |
| 13 | aluminum sign GB | 634418212509556 |
| 14 | zihengChen | 634418220560871 |
| 15 | Xiioy | 634418223322883 |
| 16 | ZZRGFJJ | 634418221643679 |
| 17 | DDXXCLO | 634418223459577 |
| 18 | HZKDUU | 634418222237769 |
| 19 | DANQIANXIBAIHUO | 634418224034306 |
| 20 | HLKHYD | 634418223333318 |
| 21 | FRPXWSTM | 634418221824937 |
| 22 | CBASDGII | 634418221245405 |
| 23 | KJXABCTT | 634418222568689 |
| 24 | KJXMLBSS | 634418223381454 |
| 25 | KJXABCAA | 634418222318120 |
| 26 | FWJYUVCR | 634418221806378 |
| 27 | FLOGCYVE | 634418221939359 |
| 28 | LZMGXALWC | 634418223614283 |
| 29 | ZLPCKII | 634418221840047 |
| 30 | Grapes frameless painting | 634418220500107 |
| 31 | Frameless painting | 634418219852706 |
| 32 | Orange frameless painting | 634418220405933 |
| 33 | LZMGXBZLA | 634418224183702 |
| 34 | SmartVend Pro | 634418223046243 |
| 35 | Trend Radar | 634418222573914 |
| 36 | Eco Vogue Hut c | 634418223055415 |
| 37 | Trend Voyage b | 634418223052181 |

| | | |
|---|---|---|
| 38 | JinTPH EightPY | 634418220098257 |
| 39 | Z Z Q POSTER | 634418222574478 |
| 40 | FAFA posters | 634418221637265 |
| 41 | Trend Poster | 634418222865602 |
| 42 | Star Art Poster | 634418220290539 |
| 43 | Turnerson poster | 634418222941803 |
| 44 | Leyu Poster | 634418221213709 |
| 45 | Mo Fu Sheng Poster | 634418222883039 |
| 46 | Personality poster | 634418222773170 |
| 47 | Versatile customization | 634418221783677 |
| 48 | BrightCrownspo | 634418221484678 |
| 49 | VYP Shop | 634418222178928 |
| 50 | HQNG | 634418222776700 |
| 51 | MikkySign | 634418223694457 |
| 52 | BDKFOA | 634418223000093 |
| 53 | SewUnique | 634418219503274 |
| 54 | VogueSphere | 634418218460122 |
| 55 | yoyo art shop | 634418221816736 |
| 56 | AegisCrew | 634418223010745 |
| 57 | JIEYUEYITWO | 634418223280031 |
| 59 | ShopLinker | 634418222339989 |
| 60 | SQFKJ | 634418222959638 |
| 61 | YM Art BTA | 634418223447332 |
| 62 | guocz | 634418220900657 |
| 63 | XGDDPW | 634418223233977 |
| 64 | CHENXIAART | 634418221383866 |
| 65 | HLKZYD | 634418222700256 |
| 66 | Sloth poster art | 634418220964428 |
| 67 | Yanxi poster art | 634418222015982 |
| 68 | XHRMAXS | 634418221629824 |
| 69 | DQQDsss | 634418220311111 |
| 70 | see me shop | 634418222371940 |
| 71 | TinHaven Rooms | 634418222159988 |
| 72 | Soulful Frames | 634418220061310 |
| 73 | xxxart PrintsII | 634418222609012 |
| 74 | xxxart PrintsSS | 634418222609241 |
| 75 | zxcvbnmsign | 634418222454579 |
| 76 | CHchao signs | 634418223806042 |
| 77 | VerseVilla local | 634418223119380 |
| 78 | xxxart PrintsHH | 634418222609339 |

| | | |
|---|---|---|
| 79 | fqweaxz | 634418223669246 |
| 80 | All ceramic vases | 634418215450933 |
| 81 | MBDPSS | 634418222637729 |
| 82 | Hanging S | 634418223246742 |
| 83 | PetterHome | 634418223694368 |
| 84 | Groovy Sign | 634418222197689 |
| 85 | TrendTrove Z | 634418223360639 |
| 86 | ChicCraze Z | 634418223423654 |
| 87 | Tins shop | 634418223246408 |
| 88 | HelloYoung Me | 634418220264870 |
| 90 | Lovin Tees | 634418219017823 |
| 91 | CyrilTan | 634418221357181 |
| 92 | WanWanWan | 634418218758588 |
| 93 | Woven Spaces | 634418223858942 |
| 94 | BrollyE | 634418222758209 |
| 95 | GANMIAF | 634418219426023 |
| 96 | GANMIAH | 634418219426096 |
| 97 | GANMIAa | 634418219425855 |
| 98 | BrollyD | 634418222716430 |
| 99 | SEDES thr | 634418224007034 |
| 100 | DEERWS | 634418222859823 |
| 101 | SteelArtPalette | 634418217955848 |
| 102 | SLO DADASKY | 634418222233744 |
| 103 | Ancient Warship Fish | 634418221703153 |
| 104 | MP APT | 634418222611554 |
| 105 | ICJGFF | 634418222948828 |
| 106 | LianDinauE | 634418222544955 |
| 107 | TeddyDog | 634418223552023 |
| 108 | Haicheng Trading | 634418223572683 |
| 109 | LianDinauB | 634418222545613 |
| 110 | LianDinauD | 634418222544990 |
| 112 | Tell a Tale Art | 634418220184129 |
| 113 | sdfsdfsdfsd | 634418223230188 |
| 114 | LuxeNestMart | 634418223149130 |
| 115 | XEDDPW | 634418222980529 |
| 116 | zhuxpB | 634418222543880 |
| 117 | CX ART | 634418223045933 |
| 118 | MetalWallCraft | 634418222159919 |
| 119 | Vintage decorative painting | 634418220240093 |
| 120 | HJUYSED | 634418218670602 |

| | | |
|---|---|---|
| 121 | Kitty Max | 634418220340790 |
| 122 | CanvasNook | 634418222085498 |
| 123 | Sky NestA | 634418222377942 |
| 124 | ABL Sign | 634418223693773 |
| 125 | Heiheihei shop | 634418222370345 |
| 126 | SpeedySave | 634418222573132 |
| 127 | Taotaobar | 634418219549323 |
| 128 | TailorLoop | 634418219547668 |
| 129 | Superior Wall Art | 634418217197924 |
| 130 | CanvasEva | 634418222135432 |
| 131 | QING ZE HUI | 634418221309997 |
| 132 | rdggs dbg | 634418223206877 |
| 133 | ArtHive | 634418220785004 |
| 134 | Driver Gallery | 634418220605373 |
| 135 | LINLONGXING | 634418220291988 |
| 136 | Big handsome | 634418223500818 |
| 137 | Jiangxi Peng Yuyan | 634418223500916 |
| 138 | Trend Life | 634418218241375 |
| 139 | XZXartD AA | 634418223314386 |
| 140 | LKK POSTER | 634418221041791 |
| 141 | zhejiangSDS | 634418222800167 |
| 142 | Whimsy DIY Home | 634418223559656 |
| 143 | Ning ge art poster | 634418220908995 |